IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. SCHOPPE-RICO,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN ROBERT A. HOREL, et al.,<br><br>    Defendants.<br>_____ / | No. C 11-2809 YGR (PR)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Granting Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies; and Addressing Pending Motions signed today, judgment is hereby entered dismissing this action without prejudice for failure to exhaust administrative remedies.  28 U.S.C. § 1915A, 42 U.S.C. § 1997e.

    IT IS SO ORDERED.

DATED: September 27, 2012

                                            **YVONNE GONZALEZ ROGERS**
                                            **UNITED STATES DISTRICT COURT JUDGE**