IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN M. SCHOPPE-RICO,                              No. C 11-2809 YGR (PR)

      Plaintiff,                                  **JUDGMENT**

    v.

WARDEN ROBERT A. HOREL, et al.,

      Defendants.

_____/

     Pursuant to the Court's Order Granting Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies; and Addressing Pending Motions signed today, judgment is hereby entered dismissing this action without prejudice for failure to exhaust administrative remedies.  28 U.S.C. § 1915A, 42 U.S.C. § 1997e.

     IT IS SO ORDERED.

DATED: September 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
For the Northern District of California

G:\PRO-SE\YGR\CR.11\Schoppe-Rico2809.jud.wpd