IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. SCHOPPE-RICO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT A. HOREL, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 11-02809 YGR (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION; AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR SPECIFIC DOCUMENTS FROM THE CASE FILE** |

　　　Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983 alleging constitutional violations stemming from incidents occurring during his incarceration at Pelican Bay State Prison.

　　　In an Order dated September 27, 2012, the Court granted Defendants' motion to dismiss for failure to exhaust administrative remedies and entered judgment in favor of Defendants. (Docket. Nos. 65, 66.)

　　　On October 15, 2012, Plaintiff filed a notice of appeal with the Ninth Circuit Court of Appeals. (Docket. No. 77.)

　　　On October 14, 2012, the Ninth Circuit acknowledged Plaintiff's notice of appeal and set a briefing schedule. (Docket. No. 78.)

　　　On October 22, 2012, the Ninth Circuit referred the matter to this Court for a determination whether Plaintiff's *in forma pauperis* ("IFP") status should continue for this appeal.

　　　In an Order dated October 26, 2012, this Court certified that any appeal taken from the judgment of this action will not be taken in good faith and is therefore frivolous. (Oct. 26, 2012 Order at 1.) Accordingly, the Court revoked Plaintiff's IFP status.

　　　On November 1, 2012, Plaintiff filed a motion entitled, "Petition and Order for Return of Supplemental Brief Filings, Exhibits and Attachments" (Docket No. 81), in which he requests copies of the papers relating to his supplemental opposition to Defendants' motion to dismiss (Docket No. 73) as well as "all supplemental briefs, exhibits and attachments to [his] pleadings." (*Id.*)

　　　On October 4, 2012, Plaintiff filed in this Court a motion entitled, "Motion for an Extension

of Time to File Motion for Reconsideration" (Docket No. 82).

In an Order dated January 24, 2013, the Ninth Circuit reviewed the record on appeal and confirmed that Plaintiff was not entitled to IFP status on appeal because it found that his appeal was "frivolous." (Ninth Circuit Jan. 24, 2013 Order at 1.) The Ninth Circuit directed Plaintiff to pay the $455.00 filing fee within twenty-one days or the appeal would be dismissed for failure to prosecute.

In an Order dated February 26, 2013, the Ninth Circuit dismissed Plaintiff's appeal for failure to prosecute because he did not pay the filing fee within the twenty-one day deadline.

On July 15, 2013, the Clerk of the Court for the United States Supreme Court informed this Court that Plaintiff had filed a writ of certiorari on May 15, 2013.

## DISCUSSION

First, the Court construes Plaintiff's "Motion for an Extension of Time to File Motion for Reconsideration" as a motion for leave to file a motion for reconsideration. It is well established that once Plaintiff filed a notice of appeal of this Court's judgment, this Court lost jurisdiction over the action. *Williams v. Woodford*, 384 F.3d 567, 586 (9th Cir. 2004). To seek Rule 60(b) relief during the pendency of an appeal, "the proper procedure is to ask the district court whether it wishes to entertain the motion, or grant it, and then move [the Ninth Circuit], if appropriate, for remand of the case." *Id.* (citation and internal quotation marks omitted). The Court finds that such a procedure is not needed in the present case because Plaintiff's appeal in the Ninth Circuit was closed and found to be frivolous. However, this Court is not inclined to entertain or grant the motion for reconsideration. Accordingly, his motion for leave to file a motion for reconsideration in this Court is DENIED.

Also before the Court is Plaintiff's motion entitled, "Petition and Order for Return of Supplemental Brief Filings, Exhibits and Attachments" (Docket No. 81). His motion is GRANTED in part and DENIED in part. Plaintiff's request for a copy of the papers relating to his supplemental opposition to Defendants' motion to dismiss is GRANTED. The Clerk of the Court shall make a copy of the aforementioned document (Docket No. 73) and send it to Plaintiff with his copy of this Order. However, Plaintiff's request for copies of "all supplemental briefs, exhibits and attachments to [his] pleadings" is DENIED as he was previously granted copies of several exhibits. (August 10,

2

2012 Order at 2.)

## CONCLUSION

For the reasons discussed above, the Court orders as follows:

1. Plaintiff's "Motion for an Extension of Time to File Motion for Reconsideration" (Docket No. 82), which as been construed as a motion for leave to file a motion for reconsideration, is DENIED.

2. Plaintiff's motion entitled, "Petition and Order for Return of Supplemental Brief Filings, Exhibits and Attachments" (Docket No. 81) is GRANTED in part and DENIED in part. Plaintiff's request for a copy of the papers relating to his supplemental opposition to Defendants' motion to dismiss (Docket No. 73) is GRANTED.  The Clerk shall make a copy of the aforementioned document and send it to Plaintiff with his copy of this Order.  Plaintiff's request for copies of "all supplemental briefs, exhibits and attachments to [his] pleadings" is DENIED.

3. This Order terminates Docket Nos. 81 and 82.

IT IS SO ORDERED.

DATED:   September 24, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**